CAPPY and NIGRO, JJ., join the opinion in support of reversal.

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Anthony Edward KRICHTEN, Petitioner.**

Supreme Court of Pennsylvania.

Aug. 11, 1997.

*ORDER*

PER CURIAM.

AND NOW, this 11th day of August, 1997, the Petition for Allowance of Appeal is *granted* and the decision of the Superior Court is reversed pursuant to *Commonwealth v. Jarman*, 529 Pa. 92, 601 A.2d 1229 (1992), and *Commonwealth v. Modaffare*, 529 Pa. 101, 601 A.2d 1233 (1992).

**Sybil SCHLACHTER and William Schlachter, husband and wife, Petitioners,**

v.

**COLONIAL SCHOOL DISTRICT, a/k/a, Colonial School Authority, a/k/a, Plymouth Whitemarsh Joint School Authority, Respondent.**

Supreme Court of Pennsylvania.

Aug. 12, 1997.

*ORDER*

PER CURIAM.

AND NOW, this 12th day of August, 1997, the Petition for Allowance of Appeal is granted. The Order of the Commonwealth Court is vacated and the case is remanded for reconsideration under *Grieff v. Reisinger*, —— Pa. ——, 693 A.2d 195 (1997).

**Edward G. RENDELL, Mayor; John F. Street, President of City Council; and City of Philadelphia, Petitioners,**

v.

**David COHEN, Councilman; Thomas Paine Cronin, President (AFSCME); Lance Haver, Education Director; James Shigaki, 12th and Somerville STS Residents Association, Respondents.**

Supreme Court of Pennsylvania.

Aug. 13, 1997.

Richard Feder, Philadelphia, for Petitioner.

### ORDER

PER CURIAM:

AND NOW, this 13th day of August, 1997, we GRANT the Petition for Allowance of Appeal, limited to the issue of whether Philadelphia City Council's package voting procedure violates the Philadelphia Home Rule Charter, 351 Pa.Code § 2.2–201.